Willie C. FRANKLIN, Appellant,

v.

Linda SANDERS, Warden, FCI, Forrest City, AR, Appellee.

No. 06–3029.

United States Court of Appeals, Eighth Circuit.

Submitted: March 5, 2008.

Filed: March 12, 2008.

Willie C. Franklin, Forrest City, AR, pro se.

E. Fletcher Jackson, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before BYE, SMITH, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Federal inmate Willie C. Franklin appeals the district court's [1] order dismissing his 28 U.S.C. § 2241 petition, in which he sought sentencing credit for time he spent in Oklahoma state custody. Following

1. The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was re-

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).